## THACHER MEDICINE CO. v. S. M. AVANT.
### (No. 1248.)

(Court of Civil Appeals of Texas. Beaumont. June 24, 1925. Rehearing Denied July 1, 1925.)

Appeal from District Court, Anderson County; Ben F. Dent, Judge.

Cliff Huggins, of Sherman, Joe N. Davis, of Palestine, and Morris & Barnes, of Beaumont, for appellant.

W. R. Petty, of Palestine, for appellee.

WALKER, J. The facts and issues involved in this appeal are identical with the facts and issues involved in A. B. Richards Medicine Co. v. S. M. Avant, 275 S. W. 260, this day decided by us. On the authority of what is there said, this appeal is dismissed.